JASON FRANCO

VERSUS

WRIGHT & GRAY, LLC

NO. 25-C-457

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

October 01, 2025

Linda Tran
First Deputy Clerk

**IN RE** WRIGHT & GRAY, LLC

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 843-585

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.

## WRIT GRANTED FOR LIMITED PURPOSE

Relator, Wright & Gray, LLC, seeks emergency, expedited intervention by this Court to stay execution or levy of a Writ of Fieri Facias, issued by the Clerk of Court for the 24th Judicial District Court on September 23, 2025, directing the Sheriff of Jefferson Parish to seize "all of Wright and Gray's rights, title, and interests" in three separate allegedly unrelated lawsuits and directing the clerk to issue notices of seizure to various Wright & Gray clients.

On September 9, 2025, the trial court denied Wright & Gray's Motion to Dissolve Writ of Fieri Facias originally issued by the Jefferson Parish Clerk on July 28, 2025, to seize property of Wright & Gray to satisfy a March 25, 2025 judgment for attorney's fees in the amount of $105,000.00. Wright & Gray filed a notice of intent to seek supervisory review of the September 9,

25-C-457

2025 judgment and asked the trial court to set a return date for October 9, 2025, which the trial court so ordered. Additionally, Wright & Gray requested a stay of all proceedings, including execution or levy on the writ of fieri facias, through the duration of appellate writ practice, which request the trial court denied on September 11, 2025.

On September 23, 2025, respondent, Jason P. Franco, through the duly appointed Independent Administrator of the Succession of Jason P. Franco, and his attorneys, Scott E. Delacroix and P.M. Donovan, requested that the Clerk of Jefferson Parish issue a second writ of fieri facias to satisfy the March 2025 judgment awarding attorney's fees. In connection therewith, counsel requested that a writ of fieri facias be issued seizing "any and all property, rights, title and interests of Wright and Gray, LLC in order to satisfy" the March 25, 2025 judgment, including Wright & Gray's rights, title, and interests in the following lawsuits:

> *Sheyla Barahona v. William Sarco, et al*, 24th JDC, Parish of Jefferson, Docket No. 781-983, Division "P;
>
> *Alexis Williams, et al v. Kissel Entertainment, LLC, et al*," 24th JDC, Parish of Jefferson, Docket No. 851-618, Division "L;" and
>
> *Elizabeth Rhodes v. DG Louisiana, LLC, DBA Dollar General, et al*," 24th JDC, Parish of Jefferson, Docket No. 852-983, Division "E."

The Writ of Fieri Facias further directs the Sheriff to issue a notice of seizure to various clients of Wright & Gray.

On October 1, 2025, Wright & Gray filed an *ex parte* Motion to Dissolve Second Writ of Fieri Facias in the trial court. As of the filing of the instant emergency writ application, also filed on October 1, 2025, the trial court has not ruled on Wright & Gray's motion.

2

Upon review, we grant the instant writ for the limited purpose of staying the execution or levy of the second writ of fieri facias pending the trial court's ruling on Wright & Gray's Motion to Dissolve Second Writ of Fieri Facias, as the issue is in the process of being litigated by the trial court.

Gretna, Louisiana, this 1st day of October, 2025.

**SMC**
**FHW**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **10/01/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-457**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
P. M. Donovan (Respondent)          W. J. LeBlanc, Jr. (Relator)
                                    Scott E. Delacroix (Respondent)

### MAILED
David I. Courcelle (Respondent)
Attorney at Law
3500 North Causeway Boulevard
Suite 185
Metairie, LA 70002